**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Benedict Emesowum v. Zone One Auto Storage and Milam
                         Street Auto Storage Inc. d/b/a Fast Tow Wrecker

Appellate case number:   01-14-00472-CV

Trial court case number: 1045789

Trial court:             County Civil Court at Law No. 3 of Harris County

On July 16, 2014, appellant, Benedict Emesowum, filed a motion in this case challenging the trial court's order sustaining a contest to his affidavit of indigence. *See* TEX. R. APP. P. 20.1(j)(1). The motion was filed the same day the trial court signed the order. *See* TEX. R. APP. P. 20.1(j)(2). Nevertheless, neither the trial court clerk nor the court reporter timely filed any record pertaining to appellant's indigence or the hearing on the contest to his affidavit of indigence. *See* TEX. R. APP. P. 20.1(j)(3). As a result, we were unable to rule on the motion within 10 days after it was filed, the motion was granted by operation of law, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(j)(4).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(k), (n).

It is further **ORDERED** that the trial court clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a), and that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), 35.1(b).

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellees' brief(s), if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                   ☒ Acting individually     ☐ Acting for the Court

Date:  August 14, 2014